UNITED STATES DISTRICT COURT
MIDDLE OF FLORIDA
TAMPA DIVISION

KENNETH ALLAN TUCKER,

  Plaintiff,

v.

                                    CASE NO.: 8:23-cv-2725-KKM-AAS

EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS
UNION LLC,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff KENNETH ALLAN TUCKER ("Plaintiff") and Defendants EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC ("Trans Union") (Collectively "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismissal with prejudice of each claim and count asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 12th day of April, 2024.

| | |
|---|---|
| **/s/ Frank H. Kerney, III, Esq.** | **/s/ Maria H. Ruiz** |
| Frank H. Kerney, III, Esq. | Maria H. Ruiz |
| Florida Bar No.: 88672 | Florida Bar No. 182923 |
| Tennessee Bar No.: 035859 | KASOWITZ BENSON TORRES |
| The Consumer Lawyers PLLC | LLP |

412 E. Madison St. Ste 916  
Tampa, Florida 33602  
Telephone: 844.855.9000  
Facsimile: 844.951.3933  
Frank@TheConsumerLawyers.com  
*Attorney for Plaintiff*

1441 Brickell Avenue, Suite 1420  
Miami, FL 33131  
Telephone: (786) 587-1044  
Facsimile: (305) 675-2601  
MRuiz@Kasowitz.com  
Attorney for Defendant Experian Information Solutions, Inc.

**/s/ Charlotte Long**  
Charlotte Long, Esq.  
Florida Bar No. 0112517  
charlotte.long@transunion.com  
Trans Union, LLC  
555 W. Adams Street  
Chicago, IL 60661  
Telephone: 469-578-1464  
 **Counsel for Defendant Trans Union, LLC**